## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**MARY WARD**                                                        **CIVIL ACTION**

**VERSUS**                                                          **NO. 22-354-JWD-RLB**

**BRADY GAGE, ET AL.**

<u>**OPINION**</u>

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 8, 2023 (Doc. 13), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Complaint is dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>December 6, 2023</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**